## United States District Court
### Violation Notice (Rev. 1/2019)

NP23216535

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ME60 | 9675378 | M. Ausenna | S22 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/17/2023 20:08 | 36 CFR 4.23(a)(1) |

Place of Offense: Acadia National Park, West St. Ext.

Offense Description: Factual Basis for Charge    HAZMAT ☐

Operating a motor vehicle while under the influence of alcohol

**DEFENDANT INFORMATION**   Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Marion | Justin | L |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Franklin | TN | 37064 | [redacted]/1977 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 082483730 | | TN | [redacted]9303 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: —   Eyes: BRN   Height: 5'11"   Weight: —

**VEHICLE**   VIN: —   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BCY2009 | TN | 2017 | Ford/Fiesta | | Red |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| U.S. District Court, 202 Harlow Street, Bangor, ME 04401, (207) 945-0373 | 09/12/23 | 10:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9675378*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/17, 20 23 while exercising my duties as a law enforcement officer in the ___ District of Maine

*See Attached*

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/18/2023
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/31/2023 12:5

CVB SCAN 07/31/2023 12:5

Violation No 9675378   Loc. Code ME60
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/17/23 at approximately 2000 HRS, while exercising my duties as a law enforcement officer in the District of Maine, within the exterior boundaries of Acadia National Park, I responded to a report of a red Ford Fiesta (TN BCY2009) that had gone up on to a curb at the junction of West Street Extension and Paradise Hill Rd causing significant damage to the underside of the vehicle. When I got on scene, I identified the driver as Justin L. MANION (DOB ▉ /77). While interviewing MANION, I detected the distinct odor of alcohol coming from him. MANION admitted to drinking alcohol earlier in the day.

I administered SFST's. MANION exhibited multiple cues for HGN, Walk and Turn and One-Leg Stand tests. A PBT was administered with the results being .094. MANION was arrested and charged with 36 CFR 4.23(a)(1) – Operating a motor vehicle while under the influence of alcohol.

The incident was captured with body worn camera.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/18/2023
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)       U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

## United States District Court
### Violation Notice
(Rev. 1/2019)

NP23216535

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ME 60 | 9675379 | M. Ausema | S 22 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/17/2023 20:08 | 36 CFR 4.22 (b)(3) |

Place of Offense: Acadia National Park, West St. Ext.

Offense Description: Factual Basis for Charge    HAZMAT ☐

Failing to maintain necessary control of vehicle

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Manion | Justin | L |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Franklin | TN | 37064 | [redacted] /1972 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 082483730 | | TN | [redacted] 9303 |

☒ Adult ☐ Juvenile   Sex ☒Male ☐Female   Hair —   Eyes BRO   Height 5-11   Weight —

**VEHICLE**   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BCY2009 | TN | 2011 | Ford/Fiesta | | Red |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| U.S. District Court, 202 Harlow Street, Bangor, ME 04401, (207) 945-0373 | 09/12/23 | 10:30 10:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9675379*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/17, 20 23 while exercising my duties as a law enforcement officer in the ___ District of Maine

☒ See Attached

_____

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/18/2023     [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/31/2023 12:4

Violation No 9675379  Loc. Code ME60
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/17/23 at approximately 2000 HRS, while exercising my duties as a law enforcement officer in the District of Maine, within the exterior boundaries of Acadia National Park, I responded to a report of a red Ford Fiesta (TN BCY2009) that had gone up on to a curb at the junction of West Street Extension and Paradise Hill Rd causing significant damage to the underside of the vehicle. When I got on scene, I identified the driver as Justin L. MANION (DOB ▓▓/77). While interviewing MANION, I detected the distinct odor of alcohol coming from him. MANION admitted to drinking alcohol earlier in the day.

MANION stated that he was driving up to the intersection and decided to check his cell phone for something. When doing this, he stated that he did not see the stop sign and went into the intersection, crashing over the curb between lanes. Skid marks on scene showed where MANION had attempted to stop just prior to the curb and then on the opposing lane of traffic before going up onto the curb again.

I issued MANION a citation pursuant to 36 CFR 4.22(b)(3) – Failing to maintain necessary control of vehicle.

The incident was captured with body worn camera.

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/18/2023    [signature]
Date (mm/dd/yyyy)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)                U.S. Magistrate Judge

UNITED STATES DISTRICT COURT VIOLATION NOTICE

**United States District Court**
**Violation Notice** (Rev. 1/2019)

N123216535

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ME60 | 9675380 | M. Ausema | S22 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/17/2023 20:08
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.23(c)(2)
Place of Offense: Acadia National Park, West St. Ext.

Offense Description: Factual Basis for Charge
Refusal by an operator to submit to a test for blood/drug content

**DEFENDANT INFORMATION**
Last Name: Manion
First Name: Justin
M.I.: L
City: Franklin   State: TN   Zip Code: 37064
Date of Birth: [redacted]1977
Drivers License No.: 082483730   D.L. State: TN
Social Security: [redacted]9303
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Eyes: BRN   Height: 5-11

**VEHICLE**
Tag No.: BCY2009   State: TN   Year: 2017   Make/Model: Ford/Fiesta   Color: Red

A ☒ If Box A is checked, you must appear in court.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
Court Address: U.S. District Court, 202 Harlow Street, Bangor, ME 04401, (207) 945-0373
Date: 09/12/23
Time: 10-30 10:00

X Defendant Signature
Original - CVB Copy
*9675380*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/17, 20 23 while exercising my duties as a law enforcement officer in the ___ District of Maine

* See Attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/18/2023   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/31/2023 12:4

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

Violation No 9675380  Loc. Code ME60
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/17/23 at approximately 2000 HRS, while exercising my duties as a law enforcement officer in the District of Maine, within the exterior boundaries of Acadia National Park, I responded to a report of a red Ford Fiesta (TN BCY2009) that had gone up on to a curb at the junction of West Street Extension and Paradise Hill Rd causing significant damage to the underside of the vehicle. When I got on scene, I identified the driver as Justin L. MANION (DOB         /77). While interviewing MANION, I detected the distinct odor of alcohol coming from him. MANION admitted to drinking alcohol earlier in the day.

I administered SFST's. MANION exhibited multiple cues for HGN, Walk and Turn and One-Leg Stand tests. A PBT was administered with the results being .094. MANION was arrested and charged with 36 CFR 4.23(a)(1) – Operating a motor vehicle while under the influence of alcohol.

While at the jail, I attempted to administer an Intoxilyzer Test. MANION repeatedly refused to give a blood alcohol breath test. He also said that he would not submit to a blood test. MANION signed an Implied Consent Refusal form. MANION was issued a citation pursuant to 36 CFR 4.23 (c)(2) – Refusal to submit to blood test.

The incident was captured with body worn camera.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/18/2023
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

## United States District Court
### Violation Notice
(Rev. 1/2019)

NP23216535  OB

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ME60 | 9675381 | M. Ausema | S22 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☒State Code |
|---|---|
| 07/17/2023  20:08 | 36 CFR 4.2(b), Title 29A 2121 |

Place of Offense: Acadia National Park, West St. Ext.

Offense Description: Factual Basis for Charge  HAZMAT ☐

Use of a hand held device while driving

**DEFENDANT INFORMATION**  Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Manson | Justin | L |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Franklin | TN | 37064 | [redacted]/1977 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 082483730 | | TN | [redacted]9303 |

☒Adult ☐Juvenile   Sex ☒Male ☐Female   Hair   Eyes BRN   Height 5-11   Weight

**VEHICLE**  VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BCY2009 | TN | 2017 | Ford/Fiesta | | Red |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| U.S. District Court, 202 Harlow Street, Bangor, ME 04401, (207) 945-0373 | 09/12/23 | 10:30  10:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9675381*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/17, 20 23 while exercising my duties as a law enforcement officer in the _____ District of Maine

See attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/18/2023   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/31/2023 12:4

Violation No 9675381  Loc. Code <u>ME60</u>
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/17/23 at approximately 2000 HRS, while exercising my duties as a law enforcement officer in the District of Maine, within the exterior boundaries of Acadia National Park, I responded to a report of a red Ford Fiesta (TN BCY2009) that had gone up on to a curb at the junction of West Street Extension and Paradise Hill Rd causing significant damage to the underside of the vehicle. When I got on scene, I identified the driver as Justin L. MANION (DOB █████/77). While interviewing MANION, I detected the distinct odor of alcohol coming from him. MANION admitted to drinking alcohol earlier in the day.

MANION stated that he was driving up to the intersection and decided to check his cell phone for something. When doing this, he stated that he did not see the stop sign and went into the intersection, crashing over the curb between lanes. Skid marks on scene showed where MANION had attempted to stop just prior to the curb and then on the opposing lane of traffic before going up onto the curb again.

I issued MANION a citation pursuant to 36 CFR 4.2(b), Title 29A 2121 – Use of hand held device while driving.

The incident was captured with body worn camera.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/18/2023         [signature]
Date (mm/dd/yyyy)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)                   U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
VIOLATION NOTICE